[No. 59258-1-I.   Division One.   February 25, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY VINCENT BUTTERFIELD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 06-1-00138-8, John M. Meyer, J., entered October 26, 2006. *Remanded* by unpublished per curiam opinion.

[No. 59438-9-I.   Division One.   February 25, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE JAMES WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-05263-0, Brian D. Gain, J., entered December 22, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 60078-8-I.   Division One.   February 25, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MATRICE WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-01563-1, J. Wesley Saint Clair, J., entered May 4, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 60124-5-I.   Division One.   February 25, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. L.E., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-8-05330-5, Carol A. Schapira, J., entered June 12, 2007. *Reversed* by unpublished per curiam opinion.